FILED

05/01/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0291

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0291

_____

WILFRED L. DOLL and CHERI L. DOLL,

      Plaintiffs, Counter Defendants,
      Appellees and Cross Appellants,

  v.

LITTLE BIG WARM RANCH, LLC, LARRY H.
SMITH, and MARK FRENCH,

      Defendants, Counter Plaintiffs
      and Appellants.

O R D E R

_____

LEVI DOLL and SHEILA DOLL,

      Intervenors.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Yvonne Laird, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 1 2024